**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARITZA ALTAGRA SUREIL,

                Plaintiff,                              7:23 **CIVIL** 4479 (AEK)

      -v-                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 27, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a new decision. See Shalalav. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      February 27, 2024

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court

                             **BY:** _____
                                                            **Deputy Clerk**